IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:18-CV-23576-KMW

AM GRAND COURT LAKES LLC
& AM 280 SIERRA DRIVE LLC,

    Plaintiffs,

v.

ROCKHILL INSURANCE COMPANY

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING PROPOSED VERDICT FORM**

COMES NOW, the Plaintiffs, AM GRAND COURT LAKES LLC & AM 280 SIERRA DRIVE LLC, by and through the undersigned counsel, and pursuant to the Court's November 11, 2019 Order, hereby files its Proposed Verdict Form.

Dated: November 19, 2019         Respectfully submitted,

                                                   **FONT & NELSON, PLLC**
                                                   *Attorneys for Plaintiffs*
                                                   200 S Andrews Avenue, Suite 501
                                                   Fort Lauderdale, FL 33301
                                                   Tel: (954) 248-2920; Fax: (954) 248-2134
                                                   Primary E-mail: Pleadings@fontnelson.com
                                                   Secondary E-mail: jmartin@fontnelson.com
                                                   Tertiary E-mail: srandolph@fontnelson.com

                                            By:    /s/ Jose P. Font
                                                        **JOSE P. FONT, ESQ.**
                                                         Florida Bar #: 0738719
                                                        **JAIME MARTIN, ESQ.**
                                                         Florida Bar #: 110616
                                                        **SONYA P. RANDOLPH, ESQ.**
                                                        Florida Bar #: 1007710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically delivered via the CM/ECF filing portal on November 19, 2019, on all counsel or parties of record on the Service List below.

## SERVICE LIST

Lauren D. Levy, Esq.
lauren@levylawgroup.com
Levy Law Group
3399 Ponce De Leon Boulevard
Suite 202
Coral Gables, FL 33134
Telephone: (305) 444-1500
Facsimile: (305) 503-9295
*Attorney for Defendant*

Paula Levy, Esq.
paula@levylawgroup.com
Levy Law Group
3399 Ponce De Leon Boulevard
Suite 202
Coral Gables, FL 33134
Telephone: (305) 444-1500
Facsimile: (305) 503-9295
*Attorney for Defendant*