**PLAINTIFFS' PROPOSED VERDICT**

We, the jury, return the following verdict:

1. If you find that the Plaintiffs proved by the greater weight of the evidence that the insured property sustained damages due to direct physical loss to property during the insurance policy period, you are to place a check next to the "YES" and include directly below the amount of the "Total Damages."

   **YES:** _____

   **Total Damages: $**_____

   **NO:** _____

   If your answer to question No. 1 is "NO," please place an adjoining check mark that serves to indicate that your verdict is for the Defendant, and then proceed by having the Foreman sign and date the verdict form without answering the remaining questions.

   If your answer to No. 1 "YES," please proceed to question No. 2.

2. If the Defendant proved by the greater weight of the evidence that in part or in whole the "Total Damages" as you stated in question No. 1 were not covered under the insurance policy per an exclusion *(if applicable-"and/or condition of coverage that caused material prejudice to the Defendant),* please state below the total amount of damages that the Defendant proved were not covered and thereby subject to being reduced from the "Total Damages' as present in paragraph 1.

   **NO:** _____

   **YES:**_____

   **Noncovered Damages: $**_____

   **Covered Damages: $**_____

   If your answer to question No. 2 is "NO," please place an adjoining check mark that serves to indicate that your verdict for the Plaintiffs in the amount of the "Total Damages" presented in question No. 1.

   If your answer to No. 2 "YES," please proceed to deduct from the "Total Damages" in question No. 1, the "Noncovered Damages" as presented in question No. 2, which in conclusion serves to reflect the total amount of "Covered Damages" that you are awarding in favor of the Plaintiffs, if any.

**To affirm your findings as presented above, the Foreman is now directed to sign and date the verdict below.**

**SO SAY WE ALL, this _____ day of _____, 2019.**

_____
**Foreperson (signature)**

_____
**Foreperson (print name)**