UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.1:18-cv-23576-KMW

AM GRAND COURT LAKES LLC
& AM 280 SIERRA DRIVE LLC,

    Plaintiffs/Counter-Defendants,

v.

ROCKHILL INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.

_____/

**DEFENDANT'S RESPONSE IN OPPOSITION/OBJECTION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendant/Counter-Plaintiff, ROCKHILL INSURANCE COMPANY ("Rockhill" or "Defendant"), by and through its undersigned counsel, files this Response in Opposition/Objection to Plaintiffs' Motion for Entry of Final Judgment (the "Motion"). [**D.E. #205**].[1]

On November 25, 2019, this Court entered an Order which gave the parties until December 9, 2019 to file supplementation, if any, to pending motions for judgment as a matter of law and, until ruled upon, any entry of Final Judgment is premature. **[D.E. #198]**.

WHEREFORE, Defendant/Counter-Plaintiff, Rockhill Insurance Company, respectfully requests that the Court deny Plaintiffs Motion for Entry of Final Judgment and provide such further relief deemed just and appropriate under the circumstances.

---

[1] Defendant reserves the right to supplement this response in the event the Court entertains Plaintiffs' motion at this time.

Case No.1:18-cv-23576-KMW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **December 9th, 2019**, the undersigned electronically filed the foregoing document with the clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this day to: Font & Nelson, PLLC, 200 S. Andrews Avenue, Suite 501, Fort Lauderdale, Florida 33301 (jfont@fontnelson.com; afriedman@fontnelson.com; bfischer@fontnelson.com; fnelson@fontnelson.com; gvega@fontnelson.com; jproffitt@fontnelson.com; jwilds@fontnelson.com; nkronen@fontnelson.com; pleadings@fontnelson.com)**;** either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

**LEVY LAW GROUP**

/s/Lauren D. Levy
LAUREN D. LEVY, ESQ.
Florida Bar No.: 0116490
PAULA LEVY PARKES, ESQ.
Florida Bar No.: 0117031
3399 Ponce de Leon Boulevard, Suite 202
Coral Gables, Florida 33134
Telephone: (305) 444-1500
Facsimile: (305) 503-9295
*Attorney for Defendant/Counter-Plaintiff*