UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.1:18-cv-23576-KMW

AM GRAND COURT LAKES LLC
& AM 280 SIERRA DRIVE LLC,

    Plaintiffs/Counter-Defendants,

v.

ROCKHILL INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.

_____/

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Defendant/Counter-Plaintiff, ROCKHILL INSURANCE COMPANY ("Defendant"), by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files Defendant's Motion for Attorney's Fees, and in support thereof, states as follows:

**I.    RELEVANT BACKGROUND**

1.    On November 1, 2019, the Court entered a Paperless Order to Show Cause **[D.E. #133]** directing the parties to appear and Show Cause on November 4, 2019 as to why they failed to comply with the Court's October 28, 2019 Order **[D.E. #130]**.

2.    On November 4, 2019, a Show Cause Hearing **[D.E. #138]** was held before Judge Kathleen M. Williams, during which the Court also considered Defendant's then-pending Expedited Motion to Compel Compliance with the Court's Orders ("Motion to Compel") **[D.E. #131]**.

3. A genuine copy of the transcript for the November 4, 2019 Show Cause to Hearing has been filed with the Court **[D.E. #232]**.

4. At the November 4, 2019 Show Cause Hearing, the Court made the following ruling with regard to Defendant's Motion to Compel (addressing Plaintiffs' lead counsel Jose Font, Esq.):

> **And because I believe that you have in fact throughout this case flouted not only Judge Torres' orders but mine as well I am going to order as sanctions that you pay attorney's costs for Ms. Levy; for Ms. Levy being here today and for her having to file the motion she had to file the other day.**
>
> **Ms. Levy, you will put together some type of voucher or however you wish to present it. You can submit that to Mr. Font and to the Court.**
>
> **I have to say, Mr. Font, I am baffled, puzzled and absolutely amazed that you seem to believe that not only Ms. Levy but the Court must attend to your schedule and the demands of your calendar; which is completely and wholly inappropriate.**

**[D.E. #232]**, *page 20, lines 10-21.*

5. On February 24, 2020, Defendant filed the Declaration of Lauren D. Levy, as to the fees incurred by Defendant in connection with the Motion to Compel and the Show Cause hearing in the amount $2,350.50. **[D.E. #225]**.

II.   **MEMORANDUM OF LAW**

Rule 16 of the Federal Rules of Civil Procedure, governing Pretrial Conferences, Scheduling and Management, provides, in relevant part:

> **(f) SANCTIONS.**
>
> **(1) In General. On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)–(vii), if a party or its attorney:**
>
> **(A) fails to appear at a scheduling or other pretrial conference;**

CASE NO. 1:18-cv-23576-KMW

**(B) is substantially unprepared to participate—or does not participate in good faith—in the conference; or**

**(C) fails to obey a scheduling or other pretrial order.**

**(2) Imposing Fees and Costs. Instead of or in addition to any other sanction, the court must order the party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred because of any noncompliance with this rule, unless the noncompliance was substantially justified or other circumstances make an award of expenses unjust.**

WHEREFORE, Defendant/Counter-Plaintiff, ROCKHILL INSURANCE COMPANY, respectfully requests the entry of an Order granting its Motion for Attorney's Fees and awarding any further relief deemed just and proper under the circumstances.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant/Counter-Plaintiff, ROCKHILL INSURANCE COMPANY, certifies that, in accordance with S.D. Fla. L.R. 7.1(a)(3), they have conferred counsel for Plaintiffs/Counter-Defendants, AM GRAND COURT LAKES LLC and AM 280 SIERRA DRIVE LLC, via electronic correspondence concerning the relief sought in this Motion, in a good faith effort to resolve the issues raised in the Motion, and that Plaintiffs/Counter-Defendants oppose the relief requested herein.

CASE NO. 1:18-cv-23576-KMW

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 30, 2020**, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via email this day to: Font & Nelson, PLLC, 200 S. Andrews Avenue, Suite 501, Fort Lauderdale, Florida 33301 (jfont@fontnelson.com; afriedman@fontnelson.com; bfischer@fontnelson.com; fnelson@fontnelson.com; gvega@fontnelson.com; jproffitt@fontnelson.com; jwilds@fontnelson.com; nkronen@fontnelson.com; pleadings@fontnelson.com)**;** either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

**LEVY LAW GROUP**
 /s/Lauren D. Levy, Esq.
LAUREN D. LEVY, ESQ.
Florida Bar No.:  0116490
lauren@levylawgroup.com
PAULA LEVY PARKES, ESQ.
Florida Bar No.:  0117031
paula@levylawgroup.com
3399 Ponce de Leon Blvd., Suite 202
Coral Gables, Florida 33134
Telephone:   (305) 444-1500
Facsimile:    (305) 503-9295
*Attorneys for Defendant/Counter-Plaintiff, Rockhill Insurance Company*