UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:18-cv-23576-KMW

AM GRAND COURT LAKES LLC &
AM 280 SIERRA DRIVE LLC,

    Plaintiffs,

v.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES

COMES NOW, the Plaintiffs, AM Grand Court Lakes and AM 280 Sierra Drive, by and through undersigned counsel and hereby state as follows in opposition to Defendant's Motion for Attorneys' Fees **[D.E. 233]**.

1. On November 4, 2019, this Court held an Order to Show Cause Hearing **[D.E. 138]** during which the Court ordered that counsel for the Defendant be awarded attorneys' fees and costs for her appearance at the hearing and for the filing of a motion and that counsel for the Defendant would put "together some type of voucher or however you wish to present it" and that same should be submitted to the Court and counsel for the Plaintiffs. **[D.E. 232]**, page 20, lines 10-18.

2. However, while the Defendant filed a Declaration of Lauren D. Levy **[D.E. 225]**, the Defendant failed to comply with Local Rule 7.3 and as such, the Defendant has waived its right to attorneys' fees and costs.

1

3. Specifically, Local Rule 7.3(a) requires the motion for an award of attorneys' fees and costs be filed and served within sixty (60) days of the order giving rise to the claim.

4. This Court awarded the Defendant attorneys' fees and costs on November 4, 2019. However, the Defendant failed to file its Motion until April 30, 2020, nearly six (6) months after this Court's ruling.

5. Moreover, the Defendant's Motion **[D.E. 233]** fails to comply with Local Rule 7.3(5) in that it fails to set forth the qualifications of each timekeeper or a description of the tasks done during the hours claimed, neither of which are set forth in the Declaration of Lauren D. Levy **[D.E. 225]** which simply asserted the hourly rates being sought and the number of hours being claimed without any description of the work done and being claimed therein aside from stating that it is reflective of the time spent between November 1, 2019 through November 4, 2019.

6. The Motion **[D.E. 233]** also fails to comply with Local Rule 7.3(b) in that the Plaintiff was not provided with either the Declaration **[D.E. 225]** or the Motion **[D.E. 233]** thirty (30) days prior to the filing deadline.

7. Moreover, at this point in time and considering that the claim for Plaintiffs' attorneys' fees and costs in association with the jury verdict and pending final judgment far exceeds the amount being claimed by the Defendant, the Court should determine whether a setoff of the amounts should apply.

## **MEMORANDUM OF LAW**

"Local Rule 7.3 sets forth a number of necessary steps a party must complete prior to filing a motion for attorney's fees." *Mistler v. Servis One, Inc.*, CASE No. 16-CV-60651-BLOOM, 2016 U.S. Dist. LEXIS 169267, *3 (S.D. Fla. Dec. 6, 2016). For instance, Southern District Local Rule 7.3(a) unambiguously states "[a] motion for an award of attorneys [sic] fees . . . shall: (1) be filed

within sixty (60) days of the entry of the final judgment or order giving rise to the claim." Local Rule 7.3 also requires the party seeking fees to serve a draft motion thirty (30) days prior to filing the motion and to confer with the other party no later than twenty-one days (21) prior to filing the motion. *See generally* Local Rule 7.3(b). "Many parties have attempted to skirt Rule 7.3's requirements in the past when seeking attorneys' fees, yet there is no exception in the Local Rule that allows parties to bypass their obligations." *Irish v. Reynolds*, Case No. 13-Civ-10063-KING, 2018 U.S. Dist. LEXIS 4563, *9 (S.D. Fla. Jan. 9, 2018). The United States Court of Appeals for the Eleventh Circuit as well as this Court has therefore held that a violation of Local Rule 7.3 is a sufficient reason to deny a party's motion for attorneys' fees. *See J.B. Hunt Transp., Inc. v. S & D Transp., Inc.*, 589 F. App'x 930, 933 (11th Cir. 2014); *Norych v. Admiral Ins. Co.*, CASE NO. 08-60330- CIV-ALTONAGA, 2010 U.S. Dist. LEXIS 69793 (S.D. Fla. June 23, 2010); *Cobra Int'l v. BCNY Int'l, Inc.*, CASE NO.:05-cv-61225-KAM, 2016 U.S. Dist. LEXIS 186861 (S.D. Fla. June 23, 2016); *Caron v. NCL (Bah.) Ltd.*, Civil Action No. 16-23065-Civ-Scola, 2018 U.S. Dist. LEXIS 225939, *4 (S.D. Fla. Dec. 18, 2018). Because the Defendant failed to comply with the Local Rules as presented above, the Defendant's claim for attorneys' fees should be denied.

## CONCLUSION

For the foregoing reasons, the Plaintiffs, AM Grand Court Lakes and AM 280 Sierra Drive, respectfully request that the Court deny Defendant's Motion for Attorney's Fees and Costs **[D.E. 233]** due to the Defendant's failure to comply with Local Rule 7.3. Alternatively, the Plaintiffs would request that this Court make a determination as to whether the amount of attorneys' fees and costs being claimed by the Defendant should be off-set from the Plaintiffs' claim for attorneys' fees and costs stemming from the jury verdict and pending final judgment.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically delivered via the CM/ECF filing portal on May 14, 2020, on all counsel or parties of record on the Service List below.

**FONT & NELSON PLLC**
*Attorneys for Plaintiffs*
200 S. Andrews Avenue, Suite 501
Fort Lauderdale, FL 33301
Tel: (954) 248-2920; Fax: (954) 248-2134
Designated E-mail: pleadings@fontnelson.com
Secondary E-mail: jmartin@fontnelson.com
Tertiary E-mail: srandolph@fontnelson.com

BY:   /s/
**JOSE P. FONT, ESQ.**
Florida Bar #: 0738719
**SONYA P. RANDOLPH, ESQ.**
Florida Bar # 1007710
**JAIME MARTIN, ESQ.**
Florida Bar #: 110616

## SERVICE LIST

Lauren D. Levy, Esq.
lauren@levylawgroup.com
Levy Law Group
3399 Ponce De Leon Boulevard
Suite 202
Coral Gables, FL 33134
Telephone: (305) 444-1500
Facsimile: (305) 503-9295
Attorney for Defendant

Paula Levy, Esq.
paula@levylawgroup.com
Levy Law Group
3399 Ponce De Leon Boulevard
Suite 202
Coral Gables, FL 33134
Telephone: (305) 444-1500
Facsimile: (305) 503-9295
Attorney for Defendant