UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  1:18-cv-23576-KMW

AM GRAND COURT LAKES LLC and
AM 280 SIERRA DRIVE LLC,

    Plaintiffs/Counter-Defendants,

v.

ROCKHILL INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.

_____/

**DEFENDANT/COUNTER-PLAINTIFF'S, ROCKHILL INSURANCE COMPANY, NOTICE OF FILING SUPERSEDEAS BOND**

    Defendant/Counter-Plaintiff, ROCKHILL INSURANCE COMPANY (hereinafter "ROCKHILL") by and through undersigned counsel and pursuant to Local Rule 62.1, hereby files a copy of the Supersedeas Bond issued in the amount of $11,058,013.80 (110% of the Final Judgment in the amount of $10,052.739.80). The original bond shall be hand delivered to the United States District Court, Southern District of Florida, Miami Division.

                                Respectfully submitted,

                                By: /s/ Rosemary B. Wilder
                                **Rosemary B. Wilder, Esq.**
                                (Fla. Bar No.: 442615)
                                Email: rwilder@marlowadler.com

        **MARLOW, ADLER, ABRAMS,**
        **NEWMAN & LEWIS**
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, FL 33146
Main:  (305) 446-0500
Direct: (786) 412-3388
*Attorneys for Defendant/Counter-Plaintiff,* ROCKHILL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by CM/ECF System this 20th day of October, 2020, which provides an e-notification to the below listed parties.

        By: /s/ Rosemary B. Wilder
        **Rosemary B. Wilder, Esq.**
        (Fla. Bar No.: 442615)
        Email: rwilder@marlowadler.com

## SERVICE LIST

*Attorneys for Plaintiffs*

**Jose P. Font, Esq.**
**Sonya P. Randolph, Esq.**
**Jaime Martin, Esq.**
**FONT & NELSON PLLC**
200 S. Andrews Avenue, Suite 501
Fort Lauderdale, FL 33301
E-mail: pleadings@fontnelson.com
E-mail: jmartin@fontnelson.com
E-mail: srandolph@fontnelson.com

*Attorney for Rockhill*

**Lauren D. Levy, Esq.**
**Paula Levy, Esq.**
**LEVY LAW GROUP**
3399 Ponce De Leon Blvd., Suite 202
Coral Gables, FL 33134
Email:  lauren@levylawgroup.com
paula@levylawgroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.1:18-cv-23576-KMW

AM GRAND COURT LAKES LLC
& AM 280 SIERRA DRIVE LLC,

    Plaintiffs/Counter-Defendants,

v.

ROCKHILL INSURANCE COMPANY,            **Bond #: 30098365**

    Defendant/Counter-Plaintiff.
_____/

## SUPERSEDEAS BOND (SURETY)

### Recitals

1.     A Final Judgment awarding damages and prejudgment interest was entered in the above-captioned case on September 24, 2020 in this Court against Defendant-Appellant, ROCKHILL INSURANCE COMPANY and in favor of Plaintiffs-Appellees, AM GRAND COURT LAKES LLC and AM 280 SIERRA DRIVE LLC.

2.     ROCKHILL INSURANCE COMPANY has filed a timely notice of appeal of this judgment to the United States Court of Appeals for the Eleventh Circuit and has sought and received relief from this Court to suspend enforcement of the judgment pending determination of the appeal.

### Promise to Pay

As a result of the facts just recited:

ROCKHILL INSURANCE COMPANY and Western Surety Company, which has an office and usual place of business at 333 S. Wabash Avenue, Chicago, IL 60604, each

undertakes and promises to pay to AM GRAND COURT LAKES LLC and AM 280 SIERRA DRIVE LLC all damages, costs, and interest that may be awarded to them following the appeal of this matter referenced above, up to the sum of **$11,058,013.80** if:

    a.    the judgment so appealed is affirmed:
    b.    the appeal is dismissed; or
    c.    ROCKHILL INSURANCE COMPANY fails to pay promptly all sums awarded against it in or following the appeal in this action, including any costs that the court of appeals may award if the judgment is modified.

If ROCKHILL INSURANCE COMPANY fulfills the obligations on appeal set forth above, then this obligation will become void. Otherwise, the obligation will remain in full force and effect.

Dated: 10/20/20

**For the principal:**

_____
Rockhill Insurance Company
Jay Carleton, Vice President
CARE Commercial/Specialty

**For the Surety:**

Western Surety Company

By _____
Susan E. Hurd, Attorney-In-Fact
565 Metro Place South, Suite 450
Dublin, OH 43017
614-932-1200 Ext 21; Fax 614-932-1299
Email: susan.hurd@hylant.com

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Vicki S Duncan, Michael M Hylant, Kristie A Pudvan, Judy K Wilson, Individually, of Toledo, OH**
**Susan E Hurd, Individually, of Dublin, OH**
**Jamie Laurencelle, Individually, of Troy, MI**
**Lisa M Wilmot, Individually, of Ann Arbor, MI**

its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof,** WESTERN SURETY COMPANY has caused these presents to be signed by its Assistant Vice President and its corporate seal to be hereto affixed on this 8th day of October, 2020.

WESTERN SURETY COMPANY



Larry Kasten, Assistant Vice President

State of South Dakota } ss
County of Minnehaha }

On this 8th day of October, 2020, before me personally came Larry Kasten, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Assistant Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

6/23/2021



J. Mohr, Notary Public

### CERTIFICATE

I, D. Johnson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this 20th day of October, 2020.



WESTERN SURETY COMPANY

D. Johnson, Assistant Secretary

Form F4280-7-2012

Go to www.cnasurety.com > Owner / Obligee Services > Validate Bond Coverage, if you want to verify bond authenticity.

**Authorizing By-Law**

## ADOPTED BY THE SHAREHOLDERS OF WESTERN SURETY COMPANY

This Power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by the shareholders of the Company.

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Vicki S Duncan, Michael M Hylant, Kristie A Pudvan, Judy K Wilson, Individually, of Toledo, OH**
**Susan E Hurd, Individually, of Dublin, OH**
**Jamie Laurencelle, Individually, of Troy, MI**
**Lisa M Wilmot, Individually, of Ann Arbor, MI**

its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof,** WESTERN SURETY COMPANY has caused these presents to be signed by its Assistant Vice President and its corporate seal to be hereto affixed on this 8th day of October, 2020.

WESTERN SURETY COMPANY

Larry Kasten, Assistant Vice President

State of South Dakota } ss
County of Minnehaha }

On this 8th day of October, 2020, before me personally came Larry Kasten, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Assistant Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires
6/23/2021

J. MOHR
NOTARY PUBLIC
SOUTH DAKOTA

J. Mohr, Notary Public

### CERTIFICATE

I, D. Johnson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this 20th day of October, 2020.



WESTERN SURETY COMPANY

D. Johnson, Assistant Secretary

Form F4280-7-2012

Go to www.cnasurety.com > Owner / Obligee Services > Validate Bond Coverage, if you want to verify bond authenticity.

**Authorizing By-Law**

## ADOPTED BY THE SHAREHOLDERS OF WESTERN SURETY COMPANY

This Power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by the shareholders of the Company.

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

## WESTERN SURETY COMPANY
### Sioux Falls, South Dakota
### Statement of Net Admitted Assets and Liabilities
### December 31, 2019

### ASSETS

| | | |
|---|---|---:|
| Bonds | $ | 1,943,152,245 |
| Stocks | | 27,166,227 |
| Cash, cash equivalents, and short-term investments | | 27,903,793 |
| Receivables for securities | | - |
| Investment income due and accrued | | 17,854,019 |
| Premiums and considerations | | 56,706,652 |
| Amounts recoverable from reinsurers | | 1,307,522 |
| Current federal and foreign income tax recoverable and interest thereon | | 2,678,469 |
| Net deferred tax asset | | 11,798,536 |
| Receivable from parent, subsidiaries, and affiliates | | 12,821,583 |
| Other assets | | 601 |
| Total Assets | $ | 2,101,389,646 |

### LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| Losses | $ | 206,051,147 |
| Loss adjustment expense | | 52,124,445 |
| Commissions payable, contingent commissions and other similar charges | | 9,862,381 |
| Other expenses (excluding taxes, license and fees) | | 3,624 |
| Taxes, License and fees (excluding federal and foreign income taxes) | | 3,875,999 |
| Federal and foreign income taxes payable | | - |
| Unearned premiums | | 248,521,840 |
| Advance premiums | | 6,112,006 |
| Ceded reinsurance premiums payable (net of ceding commissions) | | 1,673,524 |
| Amounts withheld or retained by company for account of others | | 5,332,206 |
| Provision for reinsurance | | 290,516 |
| Payable to parent, subsidiaries and affiliates | | 2,905 |
| Payable on security transactions | | - |
| Other liabilities | | 97,836 |
| Total Liabilities | $ | 533,948,430 |

| | | | | |
|---|---|---:|---|---:|
| Surplus Account: | | | | |
| Common stock | $ | 4,000,000 | | |
| Gross paid in and contributed surplus | | 280,071,837 | | |
| Unassigned funds | | 1,283,369,380 | | |
| Surplus as regards policyholders | | | $ | 1,567,441,217 |
| Total Liabilities and Capital | | | $ | 2,101,389,646 |

I, Amy Smith, Senior Vice President of Western Surety Company hereby certify that the above is an accurate representation of the financial statement of the Company dated December 31, 2019, as filed with the various Insurance Departments and is a true and correct statement of the condition of Western Surety Company as of that date.

WESTERN SURETY COMPANY

By _____
Senior Vice President

Subscribed and sworn to me this 11 day of March 2020
My commission expires:



By _____
Notary Public

YOLANDA JIMENEZ
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 24, 2021



OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES



# OHIO INTERIM DOCUMENTATION

**DRIVER LICENSE**

Name: HURD
      SUSAN ELAINE
Address: 6577 CABIN CROFT LN
         GALLOWAY, OH 43119

DOB: 6/10/1959
License/ID No: RN355249
Issued On: 10/3/2020
Class: D    Expires On: 6/10/2024

Height: 5'9"
Gender: F
Eye Color: GRN
Hair Color: GRY
Weight: 180

Organ Donor
Health Care Power of Atty
Life Sustaining Equipment

2515 / VF713499



*Susan E. Hurd*

Endorsements:

Restrictions: B

This document is issued to the person identified and pictured as a temporary credential for use while a new permanent driver license or identification card is being manufactured and mailed.
**Law enforcement may verify through LEADS.**

WARNING: THE PRODUCTION, DISTRIBUTION, OR POSSESSION OF A FORGED IDENTIFICATION CARD IS PROHIBITED PURSUANT TO OHIO REVISED CODE 2913.31.

- You must carry this interim documentation until you have received your new card.
- Your new driver license or identification card will be processed and mailed to this address:

    6577 CABIN CROFT LN
    GALLOWAY, OH 431199778

- Your new driver license or identification card will be mailed in a plain, white envelope to the address above.
- To monitor and track your mail, the U.S. Postal Service offers a free service called Informed Delivery. To learn more or to sign up for the service, please visit https://informeddelivery.usps.com
- If you have not received your driver license or identification card within 28 days, you may contact the BMV through LIVECHAT at www.bmv.ohio.gov or visit www.bmv.ohio.gov/DLStatus to check the status of your card.
- If you have applied for a driver license or temporary instruction permit, this document will allow you to operate a motor vehicle.
- Interim documentation is not valid as a stand-alone document when applying for a CDL or temporary CDL instruction permit.
- This interim documentation only serves as confirmation that an application is pending.

http://www.bmv.ohio.gov/NewDL-ID

BMV2443 [760-1057] 01/19

# State of Ohio
# Department of Insurance

## *SUSAN E HURD*

Is licensed to engage in the business of insurance in the State of Ohio in the capacity stated below.

License Type : Resident Major Lines
Line(s) of Authority : Casualty, Property



Date of License: August 08, 1997
Expiration Date: June 30, 2022
License Number: 94425
National Producer Number: 2831491

*Tynesia Dorsey*

*Tynesia Dorsey, Interim Director*

**Mike DeWine, Governor**

---

**Ohio Insurance License**
Issued By:
**The Ohio Department of Insurance**

SUSAN E HURD
(National Producer No: 2831491)

Is hereby licensed to engage in the business of insurance in the State of Ohio in the capacity stated below:

License Type: Resident Major Lines
Line(s) of Authority: Casualty, Property

License Number: 94425
Date of License: August 08, 1997
Expiration Date: June 30, 2022

*Tynesia Dorsey*

**Mike DeWine, Governor**                *Tynesia Dorsey, Interim Director*

SUSAN E HURD
HYLANT GROUP, INC.
565 METRO PLACE SOUTH, SUITE 450
DUBLIN, OH 43017

# FLORIDA DEPARTMENT OF FINANCIAL SERVICES

## *SUSAN E HURD*
*License Number : W498066*

**Non Resident Insurance License**

- 0920 - NONRES GEN LINES (PROP & CAS)

**Issue Date**

07/10/2018

NOTICE - This non-resident license is limited to the classes of insurance reflected above and is further limited to ONLY those classes of insurance for which you are licensed in your home state.

**Please Note:** A licensee may only transact insurance with an active appointment by an eligible insurer or employer. If you are acting as a surplus lines agent, public adjuster, or reinsurance intermediary manager/broker, you should have an appointment recorded in your own name on file with the Department. If you are unsure of your license status you should contact the Florida Department of Financial Services immediately. This license will expire if more than 48 months elapse without an appointment for each class of insurance listed. If such expiration occurs, the individual will be required to re-qualify as a first-time applicant. If this license was obtained by passing a licensure examination offered by the Florida Department of Financial Services, the licensee is required to comply with continuing education requirements contained in 626.2815 or 648.385, Florida Statutes. A licensee may track their continuing education requirements completed or needed in their MyProfile account at https://dice.fldfs.com. To validate the accuracy of this license you may review the individual license record under "Licensee Search" on the Florida Department of Financial Services website at http://www.MyFloridaCFO.com/Division/Agents

Jimmy Patronis
Chief Financial Officer
State of Florida

# FLORIDA DEPARTMENT of FINANCIAL SERVICES

## HYLANT GROUP, INC.

565 METRO PLACE SOUTH
SUITE 450
DUBLIN OH 43017

### Agency License Number L048264

Location Number: 170496

Issued On 04/27/2007

Pursuant To Section 626.0428, Florida Statutes, This Agency Location Shall Be In The Active Full-Time Charge Of A Licensed And Appointed Agent Holding The Required Agent Licenses To Transact The Lines Of Insurance Being Handled At This Location.

Pursuant To Subsection 626.172(4), Florida Statutes, Each Agency Location Must Display The License Prominently In A Manner That Makes It Clearly Visible To Any Customer Or Potential Customer Who Enters The Agency Location.

*Jeff Atwater*

Jeff Atwater
Chief Financial Officer
State of Florida

THIS DOCUMENT HAS MICRO PRINTING AROUND THE CHECK BORDER, VOID IN GRAY CHECK BACKGROUND, AND CHEMICAL REACTIVE CHECK PAPER.

**Hylant**
811 Madison Ave.
Toledo, OH 43604
(419) 255-1020

Fifth Third Bank of Northwestern Ohio
56-5/412

500964

PAY   Forty Nine Dollars and 00 Cents

DATE 10/08/2020    AMOUNT $49.00

TO THE ORDER OF
The United States District Court
400 N. Miami Ave
Miami, FL 33128

DUAL SIGNATURES REQUIRED

⑊500964⑊ ⑊041200050⑊ 999⑊53345⑊

| GL Structure | Date | Schedule | Invoice | Description | Debit |
|---|---|---|---|---|---|
| 650 - 101   2   TOL   1   3 | 10/08/2020 | | Susan E. Hurd | US District Court Susan E. Hurd Licensing Fee for POA Filing | $49.00 |

Check # 500964
Refer # 138811